# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :    NO. 595
                                                :
DESIGNATION OF CHAIR OF THE     :    JUDICIAL ADMINISTRATION DOCKET
INVESTMENT ADVISORY BOARD       :

## ORDER

**PER CURIAM**

AND NOW, this 1st day of May, 2023, pursuant to Rule 1905(a) of the Pennsylvania Rules of Judicial Administration, Manuel N. Stamatakis is hereby designated as Chair, effective immediately and for a term of service that concludes on December 31, 2023.